# Federal Defenders
## OF NEW YORK, INC.

MEMO ENDORSED

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/19

December 2, 2019

**By ECF**

Honorable Judge Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**

Hon. Ronnie Abrams
United States District Court
Dated: 12-3-2019

Re: *United States v. Mayur Rele*, 19 Cr. 842 (RA)

Dear Judge Abrams:

I write with the Government's consent to respectfully request a one-week extension of today's deadline for two cosigners on Mr. Rele's bond. Mr. Rele is charged with two counts of computer fraud and was released on his own signature at presentment on Thursday, November 21, 2019. He has secured two cosigners, one of whom has already signed the bond. A second potential cosigner will interview with the Government this afternoon at 2 p.m., but we fear that he may not have signed the bond by the end of the day. Additionally, Mr. Rele must file a confession of judgment placing a property lien on his home as a condition of his bond. We are presently awaiting the Government's signature on the confession of judgment.

As noted, the Government consents to this request. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770
ariel_werner@fd.org

cc: Kristy Greenberg, Esq.