

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 4, 2022

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse, Room 1506
40 Foley Square
New York, New York 10007

> Application granted. The trial is adjourned to August 1, 2022. The pretrial deadlines are revised as follows: initial pretrial submissions are due by July 18, 2022; responses are due by July 22, 2022; and the pretrial conference is rescheduled to July 27, 2022 at 4:00 p.m. Time is excluded until August 1, 2022, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> _____
> Ronnie Abrams, U.S.D.J.
> April 5, 2022

Re:   *United States v. Mayur Rele*, 19 Cr. 842 (RA)

Dear Judge Abrams:

The Government respectfully submits this letter on behalf of both parties to jointly request that the Court reschedule trial in this case for Q3 2022. Trial is currently scheduled for May 24, 2022. The reason for this request is that in recent weeks defense counsel has brought information to the Government's attention, which the defense believes is relevant to whether the defendant committed the crimes charged. The Government is in the process of evaluating that information and, to properly do so, believes additional time is warranted before trial begins.

The Government respectfully requests that time between today and the rescheduled trial date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the proposed exclusion would be in the interest of justice. The defendant, though his counsel, consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ _____
Juliana Murray / Ryan Finkel
Assistant United States Attorneys
(212) 637-2314 / -6612

cc:   Paul Wiegartner, Jr., Esq. (by ECF)