```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   ORDER
                                    :
        -v.-                        :   19 Cr. 842 (RA)
                                    :
MAYUR RELE,                         :
                                    :
            Defendant.              :
                                    :
------------------------------------ X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Juliana Murray, dated June 1, 2022;

WHEREAS on or about March 18, 2022, the Government sought and obtained from the Honorable Denise L. Cote an order authorizing the United States Department of the Treasury ("DOT") to disclose tax return information associated with the defendant (the "Tax Order"). On May 25, 2022, the Government received a production of documents from DOT in response to the Tax Order (the "Tax Documents");

IT IS HEREBY ORDERED that, giving due consideration to congressional policy favoring the confidentiality of returns and return information as set forth in Title 26, United States Code,

the Tax Documents are required to be produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

SO ORDERED.

Dated: New York, New York
       June  1 , 2022

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE